UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

SEP 1 9 2005

Michael N. Milby, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| vs. | § | CRIMINAL NO. C-05-563 |
| | § | |
| WILLIAM B. NORTON | § | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

On or about July 6, 2005, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

WILLIAM B. NORTON,

did knowingly and intentionally possess a controlled substance, to wit: marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 844(a).

CHUCK ROSENBERG
UNITED STATES ATTORNEY

By: _____
ROBERT D. THORPE, JR.
Assistant United States Attorney