| | |
|---|---|
| __CORPUS CHRISTI__ Division | CR. No. __C-05-563__ |
| File: __CRIMINAL INFORMATION__ Filed: __SEPTEMBER 19, 2005__ | Judge: __John D. Rainey__ |
| County: __Nueces__ | |
| LIONS #: __2005R__ | Attorneys: |
| United States of America | __CHUCK ROSENBERG , U.S. ATTORNEY__ |
| v. | __ROBERT D. THORPE, JR. Assistant U.S. Attorney__ |
| | GRAND JURY ACTION       APP'D  RET'D |
| __WILLIAM B. NORTON__ | __PLEASE INITIAL__ |

Charge(s): __Ct. 1: Simple possession of marihuana - 21 USC 844(a)__

Total Counts (1)

Penalty: __Ct. 1: Not more than 1 year imprisonment, a fine of not less than $1000 or not more than $100,000 (or both), up to 1 year SRT, and a $25 Special Assessment.__

In Jail:

On Bond:

No Arrest:

Date

Proceedings